COMMUNITY LUMBER CO., INC., Plaintiff, v. ALBANS HOLDING CORPORATION, and Others, Defendants. ALBANS HOLDING CORPORATION, Plaintiff, Appellant, v. LORIN HOMES CONSTRUCTION CO., INC., and Others, Defendants. GEORGE J. RUDNICK, as Attorney for ALBANS HOLDING CORPORATION, Appellant; IDAHOD, INC., as Substituted Plaintiff, Respondent.— Order granting motion of Idahod, Inc., to be substituted as plaintiff in a mortgage foreclosure action in place of Albans Holding Corporation, the original plaintiff, affirmed, with ten dollars costs and disbursements against appellant George J. Rudnick. At no time did appellant Rudnick represent Albans Holding Corporation as plaintiff in the mortgage foreclosure action. Consequently he is not prejudiced by the displacement of that party as such plaintiff. Appeal of Albans Holding Corporation dismissed. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

JOHN CRADDOCK, Respondent, v. JOHN DATZ, Appellant; CHARLES BECKER, Defendant.— In an action for personal injuries sustained by plaintiff as a result of a collision between two automobiles on the Sunrise Highway, Lynbrook, Nassau county, plaintiff secured a verdict. Judgment in favor of plaintiff reversed on the facts, and new trial granted, with costs to appellant to abide the event. In our opinion the verdict of the jury is against the weight of the evidence. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

GRACE R. CROWE, Respondent, v. THE FORT GREENE NATIONAL BANK IN NEW YORK, Appellant, and Others, Defendants.— Action for the admeasurement of dower, brought by plaintiff wife in respect to certain real property of which her husband was seized at a time when she, as an infant, joined in a conveyance of said property to the appellant. Final judgment for the plaintiff unanimously affirmed, with costs. Order dated August 24, 1938, in so far as appealed from, modified by reducing the allowance to the referee from $500 to $300, and, as thus modified, unanimously affirmed, without costs. Appeals from interlocutory judgment, from order entered February 9, 1938, and from order entered December 9, 1938, dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. [167 Misc. 100.]

DOMINIC DE MARCO, Appellant, v. CHARLES R. FARUOLO, Respondent, and ABRAHAM KREMINITZER, Doing Business under the Name of DORA DAVIS, and DORA DAVIS, Defendants.— Order denying plaintiff's motion for a preference affirmed, without costs. Appeal from order denying plaintiff's motion for reargument dismissed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.